FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

23 DEC -5  PM 4: 16

CLERK
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. CR423-097 |
| | ) |
| v. | ) 18 U.S.C. § 1038(a)(1) |
| | ) False Information and Hoaxes |
| MOHAMMED ARAFAT AFANEH | ) |

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE
*False Information and Hoaxes*
18 U.S.C. § 1038(a)(1)

On or about November 17, 2023, in Chatham County, within the Southern District of Georgia, and elsewhere, the Defendant,

**MOHAMMED ARAFAT AFANEH,**

did intentionally convey false and misleading information, that is, that there was a bomb inside the WTOC-Center on Chatham Parkway, which would detonate at 3:00 p.m. on that day, under such circumstances where such information may reasonably have been believed, that indicated that an activity was taking and would take place, that would constitute a violation of 18 U.S.C. § 113B (Terrorism), specifically 18 U.S.C. § 2332a(a)(2)(B) (Use of Weapons of Mass Destruction Against Property Within The United States, Where Such Property is Used in Interstate and Foreign Commerce) and 18 U.S.C. § 2332a(a)(2)(D) (Use of Weapons of Mass Destruction Against Property Within The United States, Where The Offense Would Have Affected Interstate or Foreign Commerce).

All in violation of Title 18, United States Code, Section 1038(a)(1).

## COUNT TWO
*False Information and Hoaxes*
18 U.S.C. § 1038(a)(1)

On or about November 17, 2023, in Chatham County, within the Southern District of Georgia, and elsewhere, the Defendant,

**MOHAMMED ARAFAT AFANEH,**

did intentionally convey false and misleading information, that is, that there was a bomb inside the Islamic Center of Savannah, which would detonate 7 minutes before Maghrib, under such circumstances where such information may reasonably have been believed, that indicated that an activity was taking and would take place, that would constitute a violation of 18 U.S.C. § 113B (Terrorism), specifically 18 U.S.C. § 2332a(a)(2)(B) (Use of Weapons of Mass Destruction Against Property Within The United States, Where Such Property is Used in Interstate and Foreign Commerce) and 18 U.S.C. § 2332a(a)(2)(D) (Use of Weapons of Mass Destruction Against Property Within The United States, Where The Offense Would Have Affected Interstate or Foreign Commerce).

All in violation of Title 18, United States Code, Section 1038(a)(1).

*{Signatures on the following page}*

A True Bill.

_____
Jill E. Steinberg
United States Attorney

_____
Darron J. Hubbard
Assistant United States Attorney
*Lead Counsel

_____
Tania D. Groover
Assistant United States Attorney
Chief, Criminal Division

_____
L. Alexander Hamner
Assistant United States Attorney
*Co-lead Counsel